# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80136-Cr-Rosenberg/Reinhart

18 U.S.C. §§ 2252(a)(2) & (b)(1)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
18 U.S.C.   § 2253

**UNITED STATES OF AMERICA**

**vs.**

**BRIAN MATTHEW SIGOUIN,**
Defendant.

_____/

FILED BY____TM____D.C.

**Jul 30, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. §§ 2252(a)(2) & (b)(1)

On or about March 31, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## BRIAN MATTHEW SIGOUIN,

did knowingly receive any visual depiction, to wit: dadwjentvview.avi, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, to wit: an ASUS laptop, SN# EBNOWU22093047D, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNTS 2 – 4
### 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

On or about May 17, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**BRIAN MATTHEW SIGOUIN,**

did knowingly possess the following matters, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2), to wit:

| Count | Device / Matter |
|-------|-----------------|
| 2 | ASUS Laptop, SN# EBNOWU22093047D |
| 3 | Black San Disk 256 GB USB Drive, |
| 4 | Seagate Hard Drive, SN# 2GE12EA1 |

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BRIAN MATTHEW SIGOUIN,** has an interest.

2.     Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense in violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, defendant **BRIAN MATTHEW SIGOUIN,** shall forfeit to the United States:

(a)     any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape,

2

or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

        (b)      any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from the offense(s); and

        (c)      any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s) or any property traceable to such property;

    3.    The property which is subject to forfeiture includes, but is not limited to:

    (a). one (1) ASUS laptop, SN# EBNOWU22093047D;

    (b). one (1) silver Samsung 128 GB USB drive;

    (c). one (1) Seagate hard drive, SN# 2GE12EA1;

    All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

FOREPERSON

_Edward C. Nun for_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_Gregory Schiller_
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

BRIAN MATTHEW SIGOUIN

_____ **Defendant.** _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| ___ | Miami | ___ | Key West |
| ___ | FTL  ✓ | ___ | WPB  ___ FTP |

New defendant(s)          Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | | Petty | ___ |
   | II | 6 to 10 days | ___ | | Minor | ___ |
   | III | 11 to 20 days | ___ | | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | | Felony | ✓ |
   | V | 61 days and over | ___ | | | |

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____    No ✓

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. 0648477

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   BRIAN MATTHEW SIGOUIN

**Case No:**

Count #: 1

Receipt of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) & (b)(1)

**\*Max. Penalty:**   20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

Counts #: 2-4

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:**   20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

   **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**