UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CR-80136-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN SIGOUIN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Defendant's Motions to Suppress (DE 20, 21, 22, 32), which were previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendation on any dispositive matters. DE 23, 33. On December 18, 2019, Judge Reinhart issued a Report and Recommendation recommending that Defendant's Motions to Suppress be denied. DE 46. Objections to the Report and Recommendation were due by 5:00 PM on December 27, 2019. To date, no party has filed objections. The Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reinhart's Report and Recommendation and concludes that the Motions to Suppress should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 46] is hereby **ADOPTED**;

2. Defendant's Motions to Suppress [DE 20, 21, 22, 32] are **DENIED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of December, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record