UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80136-ROSENBERG

UNITED STATES OF AMERICA

v.

BRIAN MATTHEW SIGOUIN,

　　　　Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture ("Motion") against Defendant **BRIAN MATTHEW SIGOUIN** (the "Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1.　On July 30, 2019, the United States filed a Indictment charging the Defendant in Count 1 with knowingly receiving any visual depiction, to wit: dadwjentvview.avi, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, to wit: an ASUS laptop, SN# EBNOWU22093047D, and the production of such visual depiction in volved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).  In Counts 2-4 the Defendant was charged with knowingly possessing One (1) ASUS Laptop, SN# EBNOWU22093047D; One (1) Black San Disk 256 GB USB Drive; and  One (1) Seagate Hard Drive, SN # 2GE12EA1, which contained any visual depiction that had been shipped and transported using any means and facility of interstate

and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), and such visual depiction was of such conduct, in violation of Title18, United States Code, Sections 2252(a)(4)(B) and (b)(2). Indictment, ECF No. 1. The Indictment also contained forfeiture allegations, which alleged pursuant to Title 18, United States Code, Section 2253, that upon conviction of any offense in violation of Title18, United States Code, Section 2252, as alleged in this Indictment, the Defendant shall forfeit (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, in violation of Chapter 110 of Title 18, United States Code;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and

    (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

    2.    The property which is subject to forfeiture includes, but is not limited to, One (1) ASUS Laptop, SN# EBNOWU22093047D; One (1) Black San Disk 256 GB USB Drive; and One (1) Seagate Hard Drive, SN # 2GE12EA1. All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853. *See id.* at 2-3.

3. On January 2, 2020, the Court accepted the Defendant's guilty plea to the Indictment. *See* Minute Entry, ECF No. 55; Plea Agreement ¶ 1, ECF No. 58. As part of the guilty plea, the Defendant agreed to the forfeiture of one (1) ASUS Laptop, SN# EBNOWU22093047D; one (1) Black San Disk 256 GB USB Drive and One (1) Seagate Hard Drive, SN # 2GE12EA1

Specifically, among other provisions in the Plea Agreement, the Defendant agreed to the following:

> The defendant knowingly and voluntarily admits that the following personal property was used, or intended to be used, to commit or to promote the commission of the offense to which he agrees to plead guilty herein, and contains visual depictions in Title 18, United States Code, Section 2252(a)(4)(B)(i):
>
> a) One (1) ASUS Laptop, SN# EBNOWU22093047D;
> b) One (1) Black San Disk 256 GB USB Drive; and
> c) One (1) Seagate Hard Drive, SN # 2GE12EA1.

Plea Agreement, ¶ 9.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 2253(a), the following specific property is hereby forfeited and vested in the United States of America:

   a) One (1) ASUS Laptop, SN# EBNOWU22093047D;
   b) One (1) Black San Disk 256 GB USB Drive; and
   c) One (1) Seagate Hard Drive, SN # 2GE12EA1

2. Any duly authorized law enforcement agency may seize and take possession of the forfeited property according to law.

3. The United States shall send and publish notice of the forfeiture in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n).

4. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

5. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

6. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture as to the property in which all interests will be addressed. Upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(7), this Order shall become a Final Order of Forfeiture and any duly authorized law enforcement agency shall dispose of the property in accordance with applicable law.

**DONE AND ORDERED** in Miami, Florida, this _____ day of August 2021.

                                                                     _____
                                                                     ROBIN ROSENBERG
                                                                     UNITED STATES DISTRICT JUDGE